SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
MARQUISE BAILEY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUISE BAILEY,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS ENRIQUE AYALA D/B/A LOS ANGELES BARBERSHOP; PAO GROUP INC; and DOES 1 to 10,<br><br>Defendants. | Case No.: 2:25-cv-02602-SPG (SKx)<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff MARQUISE BAILEY ("Plaintiff") and Defendants LUIS ENRIQUE AYALA D/B/A LOS ANGELES BARBERSHOP and PAO GROUP INC stipulate and jointly request that this Court dismiss the above-captioned action, with prejudice, in its entirety. Each party shall bear his/her/its own costs and attorneys' fees.

\\

\\

\\

\\

STIPULATION FOR DISMISSAL

Respectfully submitted,

DATED: September 23, 2025        SO. CAL. EQUAL ACCESS GROUP

By: */s/ Jason J. Kim*
Jason J. Kim
Attorneys for Plaintiff

DATED: September 23, 2025   Vaughan & Associates Law Office, APC

By: */s/ Cris Vaughan*
Cris Vaughan, Esq.
Attorneys for Defendants
LUIS ENRIQUE AYALA D/B/A LOS ANGELES BARBERSHOP and PAO GROUP INC

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 23, 2025         By: */s/ Jason J. Kim*
Jason J. Kim