SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
MARQUISE BAILEY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUISE BAILEY,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS ENRIQUE AYALA D/B/A LOS ANGELES BARBERSHOP; PAO GROUP INC; and DOES 1 to 10,<br><br>Defendants. | Case No.: 2:25-cv-02602-SPG (SKx)<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff MARQUISE BAILEY ("Plaintiff") and Defendants LUIS ENRIQUE AYALA D/B/A LOS ANGELES BARBERSHOP and PAO GROUP INC stipulate and jointly request that this Court dismiss the above-captioned action, with prejudice, in its entirety.  Each party shall bear his/her/its own costs and attorneys' fees.

\\

\\

\\

\\

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: September 23, 2025 | SO. CAL. EQUAL ACCESS GROUP |
|  | By:   */s/ Jason J. Kim*<br>Jason J. Kim<br>Attorneys for Plaintiff |
| DATED: September 23, 2025 | Vaughan & Associates Law Office, APC |
|  | By:   */s/ Cris Vaughan*<br>Cris Vaughan, Esq.<br>Attorneys for Defendants<br>LUIS ENRIQUE AYALA D/B/A LOS ANGELES BARBERSHOP and PAO GROUP INC |

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 23, 2025    By: */s/ Jason J. Kim*
                                  Jason J. Kim